ACCEPTED
01-15-00733-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/15/2015 6:43:43 PM
CHRISTOPHER PRINE
CLERK

**WILLIAM M. THURSLAND**
Attorney At Law
440 Louisiana St., Ste. 1130
Houston, TX 77002
Tel: (713) 655-0200 X 105

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

10/15/2015 6:43:43 PM

CHRISTOPHER A. PRINE
Clerk

October 15, 2015

Ms. Phyllis Washington, Deputy Clerk
Civil Post-Judgment
201 Caroline, Ste. 250
Houston, TX  77002

Re:  No. 2014-03703J; *In the Interest of D.R.L. et al.*, 314th District Clerk; COA no.: 01-15-00733-CV

Dear Ms. Washington:

Pursuant to TRAP 34.5(b) & (c), I request that you supplement the clerk's record filed in the referenced appeal by including the following items filed on or about September 16, 2015:

1.  Order Appointing Mother Appellate Counsel; and,
2.  Mother's Notice of Appeal.

Thanks you for your attention & co-operation in this matter.

Sincerely,

/s/ william m thursland

William M. Thursland

WMT:aa

cc:  Sandra D. Hachem   via fax: 713-578-3995
      Clerk, 1st Ct. of Appeals